UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-cv-81096-MATTHEWMAN

RUTH GROSE,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC.,

    Defendant.

_____/

## FINAL JUDGMENT

Consistent with the Court's Order Granting Defendant's Motion for Summary Judgment [DE 36], Final Judgment is hereby entered in favor of Defendant American Airlines, Inc., and against Plaintiff Ruth Grose. Plaintiff Ruth Grose shall take nothing from Defendant American Airlines, Inc.

The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of July, 2022.

WILLIAM MATTHEWMAN
United States Magistrate Judge